# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DENNIS LAMAR ROBERTS,**

    **Plaintiff,**

v.                           **CASE NO. 4:12-cv-129-RS-CAS**

**CHRISTOPHER LANDRUM, et al.,**

    **Defendants.**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 42). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendants' Motion to Dismiss (Doc. 31) is **GRANTED in part and DENIED in part**.

3. The claims against Defendants Landrum, Richardson, and Speights are **DISMISSED.**

4. The claims against Defendants Horton and Curvin shall proceed in their individual capacity only.

5. The case is **REMANDED** to the Magistrate Judge for further proceedings.

6. Defendants Curvin and Horton shall file an answer to the Complaint not later than May 3, 2013.

**ORDERED** on April 12, 2013.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**