IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DENNIS LAMAR ROBERTS,**

    **Plaintiff,**

v.                                                             CASE NO. 4:12-cv-129-RS-CAS

**CHRISTOPHER LANDRUM, et al.,**

    **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Second Report and Recommendation (Doc. 42). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Second Report and Recommendation is approved and incorporated in this Order.

2. Defendants' Motion for Summary Judgment (Doc. 49) is **GRANTED**.

3. The Clerk is directed to close the case.

**ORDERED** on December 10, 2013.

                                             /S/ Richard Smoak
                                             **RICHARD SMOAK**
                                             **UNITED STATES DISTRICT JUDGE**